[No. 45066-2-I.   Division One.   April 2, 2001.]

SCOTT NICKELS, ET AL., *Respondents*, v. FRANK NICKELS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-00560-9, Michael F. Moynihan, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Webster, JJ.

[No. 45148-1-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO BUSTAMANTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04308-0, Ann Schindler, J., entered August 2, 1999. *Affirmed* by unpublished per curiam opinion.

[Nos. 45182-1-I; 45921-0-I.   Division One.   April 2, 2001.]

TARK ASSOCIATES, ET AL., *Respondents*, v. SSI PROPERTIES, INC., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 99-2-03434-1, Philip G. Hubbard, Jr., J., entered August 13, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Grosse, J.

[No. 45302-5-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ELWOOD HAMMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07239-0, LeRoy McCullough, J., entered August 27, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Grosse, J.